FILED - GR
January 13, 2025 3:05 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB /14

United States District Court

Western District of Michigan

Honorable Judge _____

1:25-cv-52
Jane M. Beckering
U.S. District Judge

January 10th, 2024

Case #

**Plaintiff**

Tarra Anne Perez

360 3rd Ave. Apt B7

Pentwater, Mi 49449

pereztarra@gmail.com

**Defendant**

Donald John Trump

1100 S. Ocean Blvd.

Palm Beach, Fl 33480

info@donaldtrump.com

Motion For Formal Redress

Of

The Electoral College Vote by Congress

to

Declare

Donald J. Trump

Ineligible for Presidency of

The United States of America

This motion is being filed by Tarra Perez, a Natural Born American Citizen, exercising the petitioner's constitutional right under the first amendment of The Bill of Rights to petition the courts for a redress of the activities of The United States Congress. The First Amendment of The Bill of Rights states:

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances

It is one's civil and civic duty to step forward when they see something wrong. The petitioner comes before this court under Oath of her free will to protect the constitution of the United States of America

The moving party does respectfully ask the court for a redress of congress's decision to elect Donald J. Trump into presidency and to prohibit the inauguration and presidency of Donald J. Trump for a second term for the years 2025-2029, and/or any future terms of presidency as he is a threat to our democracy.

The moving party intends to show through the charges that were made against the British Crown that provoked the founding fathers to establish the constitution are actions Donald J. Trump has sworn to take or has already done. To allow a man who expresses vows of Tyrannical leadership is about the most unAmerican thing ever. It threatens our democracy as well as the future existence of the United States of America's constitution.

The Plaintiff, Tarra, does so acknowledge that Donald Trump has been legally voted by the American people as it appears both receiving the popular vote of the people and the vote of the electoral college. While the moving party respects the choice of her fellow Americans, congress being under the same sworn Oath as the petitioner had the responsibility to challenge the vote knowing that Donald J. Trump has sworn to have all prisoners who were found guilty of the January 6, 2021 insurrection released.

Fourteenth Amendment  Equal Protection and Other Rights

- Section 3 Disqualification from Holding Office
  No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

Donald J. Trump was impeached during his first term accused of inciting an insurrection against the United States of America government at our Nation's Capitol Building. He continually shows giving aid and care by showing compassion for his supporters calling them good patriotic Americans and has vowed to use executive powers to grant immunity to their criminal sentencing on day one of presidency. This court must consider that while he was acquitted of removal he was declared guilty by the majority and saved by a technicality in having the majority. This allegiance with insurrectionists is forbidden under the 14th Amendment and is disqualified from serving. This also opens the door for acts of war during a second term by the President elect on a larger scale.

The duty of the President is to protect the constitution which Donald J. Trump is incapable of doing. Donald J. Trump has shown through his own actions and words that he is incapable of carrying out the duties of the Presidency to which he was elected. Donald Trump has changed his word on many things he said during his campaign and appears to have an ulterior motive for serving as president than representing the people of America and The United States Constitution. It would be irresponsible for the American public to allow a man who is forbidden by law to serve as he has previously taken an oath.

The Oath of Presidency States:

"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my ability, preserve, protect and defend the Constitution of the United States."

Donald Trump has been found to be untruthful many times throughout his campaign, life, and presidency. A person must have honor, loyalty, and a sense of duty in order to make an oath with a true commitment to the words one speaks. In addition to having a history of being untruthful with his spoken word it is believed Donald Trump's Father, Frederick C. Trump SR. had a doctor do a favor and diagnosis him with bone spurs to avoid the draft for the Vietnam war. There is a family history of conscription avoidance. Donald Trump's grandfather, Frederick Drumpf AKA Frederick Trump came to avoid military draft and was later banished by royal decree. This is the Land of the Free, Home of the Brave. If one does not have the courage to defend one's constitution on the battle line they absolutely cannot be expected to defend the constitution at the front of the line. Morality, duty, bravery, and courage are virtuous attributions that one must possess to stay true to the oaths one takes.

The Plaintiff, Tarra, has taken oath and given her word that she will protect the constitution of the United States of America. This motion is being filed out of moral obligation to do just that. The Plaintiff does believe and will prove through testimony and trial that the future of the constitution is at grave risk of being the law of the land if the Defendant, President Elect Donald J. Trump is to be allowed to serve a second term for the following reasons:

1. The President Elect is believed to be under the control and Power of Mr. Elon Musk. It must be taken into consideration that with the many bankruptcies and failed business ventures in public record that Donald J Trump is indebted financially to Mr. Musk. It appears we are literally watching a man, Mr. Musk, who is otherwise ineligible to serve the presidency, buy his way into our government's highest seat. Mr. Musk has inserted himself into many other governments and is a huge risk to the safety of the American people. It is also possible Elon Musk has the President locked into some sort of hostage situation and this odd behavior of sleepovers and not leaving the president's side must be investigated further through discovery.

2. The President Elect is a convicted felon with over 30 current felonies and more charges pending. While the constitution does not have provisions stating that someone with a criminal record cannot serve, one must be able to uphold the oath of presidency. If one deliberately, willfully, and intentionally breaks the law and pays to cover crimes it would be absolutely ludicrous to believe that the same person could uphold the oath of presidency. He's not just a felon, he has more felonies than I've ever heard of one man having. He's an ultra big felon. Most states, and even the federal government have 3 strike laws that will put an American citizen away for being a felon with 3 or more felony convictions in prison for the REST of their lives. How irresponsible of a congress to elect a man into our highest seat of our country knowing this, each and every member who voted for possibly the felon holding record holder of this country taking the same oath the moving party took is preposterous. It would be just as irresponsible for this court to turn a blind eye as they are the ones to make that ultimate rule and leaves room for extreme emotional harm to the moving party as outlined in the attached affidavit.

3. Donald Trump was found guilty of having an extra marital affair and paying hush money to cover it up with a woman known as Stormy Daniels, Karen McDougal, a former playboy model, breaking his marital vows to his wife, Melania Trump. Melania had just given birth to their first child, Barron Trump, during the 2006 affair. He had an affair with a playboy model after his wife just gave birth. That's an atrocity for a man to treat a woman like that and another reason why he can't be trusted to take or keep an oath to protect our constitution.

4. Donald Trump had an affair with Marla Maples while Married to his first wife Ivana Trump. Again breaking his vows of matrimony.

5. At least 26 woman have accused Donald Trump of sexual assault. Sexual assault is against the law. One who cannot obey the law cannot protect the constitution. One who hurts other individuals for their own sexual gratification cannot be trusted to protect the constitution of the country as these crimes are against the very countrymen the constitution protects. We literally imprison every other common man who is found guilty of sexual assault. Equal is equal and seating Donald Trump in the presidential seat will so grossly put an even bigger imbalance on the scales of justice that cannot be allowed by this court.

6. The President Elect was found with many boxes of classified documents that were illegally taken from the White House by means of theft during the President Elects first term which again is against the law and constitution of the United States of America. This action put the security of our country at risk. This action again shows that Donald Trump is incapable of upholding an oath to protect the constitution as the law of the people.

7. Donald Trump was registered as a Democrat and active in the Democratic Party. The President Elect jumped ship prior to making a Presidential bid becoming a registered Republican. While there's nothing illegal about that choice, it is another example of the President Elect's inability to stay faithful to his word and inability to be allegiant to the pledges he makes.

8. Elon Musk is believed to have come to the country illegally, began his first business illegally, and has been either investigated or fined by every single government agency the American people have elected to have in place for the protections of the American people. Mr. Musk made threatening statements during rally's about the future of our country if Trump did not win, and paid people to register to vote which was an interference in our voting procedures.

9. Donald Trump has said in public comment he will abuse his privilege of executive power to get his agenda done. His agendas do not include the common folk or the very problems we the people are dealing with as a result of being poor and threatening our lives and safety as Americans to exist.

10. In regards to The First Amendment of the Bill of Rights which states:

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances

A.) Donald J. Trump has shown a continuous disregard for the very first and most basic right of people to free speech and press while funneling the people's minds with ridiculous propaganda. He is continually found to be lying by public opinion. The defendant has gone as far as making up false statements intentionally to mislead the public in an effort to gain the presidential seat.

B.) During January 6th riots in 2021, he used manipulative powers to elicit a riot and take over our Capital in an attempt to overthrow election results presumably and is referred to as the January 6th insurrection by the American public. While there are criminal cases pending to prove or disprove his intent there is enough evidence that he intentionally riled people up to wreak havoc against the constitution. Donald J. Trump was in fact acting like a sore loser upset about not winning the 2020 election and showed no respect for the vote of the American people.

C.) As a leader of the free world he had a responsibility to guide people to use the law effectively as the constitution was designed for Americans to have the right to gather peacefully in protest and to petition the government for a redress. He not only failed to do this, he failed to stop the chaos in a timely manner. It was an act of war against our country and there were fatalities as a result of that act of war. 5 people lost their life as casualties of the short lived war on the capital as a direct and indirect result of his actions. Donald J Trump as sitting president had the obligation to protect the constitutional rights for all Americans and cost 5 American citizens to die an untimely death losing their fundamental right to life and liberty. In addition to the citizens that lost life that day by death there were over 1,265 American citizens who were arrested for actions they were made to believe they were doing to protect their rights to life and liberty. Donald J Trump led them to believe through his own words and actions that they needed to be in fear. Over 1,265 citizens who may have never committed the crimes or lost life and liberty and the pursuit of happiness had their freedom taken away again by actions directly and indirectly performed by Donald J Trump encouraging otherwise non criminal human beings to become criminals by his willful intent to deceive them into it. He again had an obligation to the constitution and the American people that he willfully neglected. Donald Trump has promised these now criminals immunity for their crimes on day 1 in the office. This leaves a door wide open for him to use militias and supporters to carry out more acts of war against our constitutional government in a promise of freedom from repercussions of their actions.

D.) March 2024 Donald J. Trump did endorse and sell The God Bless America Bible. The Bible is known and called the Trump Bible. The God Bless America Bible is a creation of a new Bible book and both the Bible and the Constitution. The constitution being put in publication without being a chosen religion and the very person who has the most responsibility in keeping the constitution neutral of religion chose to market and sell the book with the constitution attached. He is vowing to get rid of the department of education while encouraging the Bible to be put in the states public schools such as Oklahoma and Texas and religion to be taught against the free will of the people. The defendant even went as far as signing this new creation. There is a specific warning in revelation that states anyone who adds to the book will be plagued by the

plagues in this book and threatens to unleash the wrath of the god Abraham upon the country if given a position of law making power. A man who cannot even respect the rules of the religion he is promoting cannot be trusted to protect the constitution which is the Fundamental responsibility of the President of the United States of America. Not only has he promoted this Bible he has encouraged and signed his name to the book possibly putting America in an intentional relationship with his chosen god. It would be ritualistic in dark magic to attach something like the constitution to something like the Bible with a binding signature. The ritual of course would be more powerful and binding if performed. J

E.)There is more than enough reason to believe that Donald J Trump would target non Christian people in his presidency. Donald Trump has stated plans for large mass deportations of illegals. Deporting large masses of people is a humanitarian concern as many came here to escape conditions that were unable to satisfactorily sustain life. Their countries may not be prepared for large masses subjecting people to homelessness, hunger, exploitation, and death. This is an indirect act of war against people who have fled here on a dream of a better future. There is no guarantee that he would not try to implement and enforce Christianity as law of the land. It is more than plausible that he will target people who do not conform to his religious beliefs to be deported who would otherwise be protected under the first amendment.

F.) Donald J Trump did state that he would abolish the postal service and make it a corporate institution which clearly violates freedom of press. The United States Postal service has been in service longer than we have had a constitution. It is a service to all Americans to equally obtain press, news, letters, correspondence, and more. There probably wouldn't be a constitution without the postal service. It's imperative for the postal service to remain neutral of affiliation with a political party and/or corporation.

G.) Donald J. Trump has stated his administration would go after news media outlets with lawsuits and it should be presumed based on past conduct that he will try to control what news we the American read and hear. It should not be presumed that this would be for the betterment of the American people but rather the personal agenda's Mr. Trump has going on. Refer back to item 1. The people always deserve the truth and to be properly informed as to what is going on within the government that we the people do have control and ownership of.

H.)Donald Trump has been very vocal on canceling gender affirming care which is a pursuit of happiness for many people. This is care approved by the fda and the government prior. Everyone has the right to live as their authentic selves and to be who they are meant to be. There are more than one gender in many religions. To abolish gender affirming care is to abolish freedom to religion. Donald Trump's stance on gender affirming care is a religious opinion and not that of a neutral leader of a free world.

12. In regards to the Second Amendment which states:

A well-regulated militia, being necessary to the security of a free state, the right of the people to keep and bear arms, shall not be infringed.

A.) As stated in A2 Donald Trump has used militias for his own benefit.

B.) Donald J. Trump has praised many murders for their use of deadly force against our government and civilians yet recently made comments about a similar act on a CEO to be sickening. Donald Trump is clearly unable to be impartial to the people or listen to their protest. It would appear as American life seems to matter to him if he can associate with it money but the common folk and government officials to which he is to serve and work with are fine to be murdered in protest.

C.) As under oath to protect the constitution it is the petitioner's opinion that the second amendment would have more protections to the rights of a common civilian such as Luigi Magione who allegedly murdered in a protest as declared in an alleged manifesto as an act of war against the healthcare industry. A war against the healthcare insurance industry is a cry of protest to the government as they govern healthcare. It is the responsibility of the federal government to ensure the right to life of every American citizen. Considering the constant pleas for equal access to healthcare and services the President elect feels it's more sickening to kill a ceo who has been accused of deny benefits for life saving care to many Americans as opposed to citizens found guilty of insurrection is extremely alarming to the future of the freedoms and liberties of the people.

13. In regards to the fourth amendment which states:

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized

> A.)Donald Trump has stated he will do round ups for mass deportation and arrest people on suspicion of being illegal. In order to do round ups as he's proposing one would have to disregard this amendment which is a right to the people on this land. Allowing unlawful search and seizures.

> B.)Donald Trump has stated he will round up the homeless, those living in tent cities, and other American citizens guilty of nothing more than being poor in an economy based on greed and selfishness of our lawmakers creating policies that allow for so much of a divide. Our homeless are our government's failure to protect the rights of citizens and

> many were forced out of their homes by policies of our government and failures of our government. Drug addiction isn't a crime, it's a method of self medicating the pains of being human, drug addiction grew after the introduction of opioids.

> C.) When the right and means to housing and privacy are eroded or no longer exist, a society simply cannot be a democratic one. Destruction of an individual's sense of privacy was one of the principal methods of war against the people to gain total state control over the German people by the Nazis and Hitler.

14. In full, the Fifth Amendment states:

"No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."

> A.) Donald J. Trump has continually tried to avoid his own due process of his criminal charges by showing a disrespect to our legal system, biblically shaming and ridiculing judges who have ruled against him, telling them they should step down, and refusing to take accountability for his crimes.

15. The 14th amendment section 1.2 states the following:

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

    A.) Donald J. Trump has stated he intends to get rid of the protections given to the people of birthright citizenship. He is in the process of having legal teams draw up lawsuits to begin pushing this agenda day one. If the President elect is successful in abolishing the rights of citizenship to those naturally born on this land it will leave the door open to extend his deportation plan from illegal immigrants to legal residents. It will allow hostile takeover of American land and puts the risk and safety of the filer's existence in her country as an American as well as others. He has sworn to use executive power to establish this goal if necessary and wants to sell more control of our land to foreign enemies and investors. If he is successful in abolishing even one amendment our constitution will become abolished in its entirety. This court, having taken the same oath to protect this constitution has the same moral and civic duty as the filer to defend and protect and must take action today to protect the future of democracy.

This next section of this civil suit focuses on the charges of Tyranny against the British Crown as stated in the Declaration of Independence and gives examples of public actions and words that Donald J. Trump, that are available on record of the public, has said that threatens us losing our sovereignty as a free nation of the people and threatens freedom. This court must take action to stop the decision of congress to certify the 2024 election results and enter an emergency order to disqualify Donald J. Trump from serving as President, being inaugurated as President or running for election in any further presidential races today as there is a duty, obligation, liberty, and oath of this court to protect the constitution against domestic enemies and not allow a domestic enemy the power to sit in our highest seat and be handed reins to carry out his destructive plans of the country that belongs to each and everyone of us equally. Tyranny will become the land of the law once again and essentially our constitution will become null and void.

1. He has refused his Assent to Laws, the most wholesome and necessary for the public good.

    A.)Donald Trump has a public history of speaking out about our legal system, respecting due process of the law, and lack of respect for the law as a whole. He is a lawless man

and convicted felon that publicly encourages prosecutors to reward his friends and punish his enemies. He continually proclaims people guilty or not guilty before trial, or immediately deserving of the death penalty or exoneration. He is a law unto himself but not able to follow the law of the land as outlined in our constitution.

2. He has forbidden his Governors to pass Laws of immediate and pressing importance, unless suspended in their operation till his Assent should be obtained; and when so suspended, he has utterly neglected to attend to them.

    A.) The best example would be the most recent efforts of Donald J. Trump to stall his own sentencing and calling out judges who have not acted in his favor but have upheld the law to the best of their ability.            B.) He is continually meddling with the decisions of all 3 legislative branches and uses bullying tactics to intimidate others to vote or not vote in whichever way profits him the best and not the people.

3. He has refused to pass other Laws for the accommodation of large districts of people, unless those people would relinquish the right of Representation in the Legislature, a right inestimable to them and formidable to tyrants only.

    A. Every single time Donald Trump asks a judge or politician to act outside of the law he is refusing to abide by the law of all districts and has a history too large of lawlessness to be ignored by the people

4. He has called together legislative bodies at places unusual, uncomfortable, and distant from the depository of their public Records, for the sole purpose of fatiguing them into compliance with his measures.

    A.) Mar A Lago and the Mar A Lago golf course has been a common meeting place for Donald Trump who was rarely to be seen in the White House during his first team.

    B.) Donald J. Trump has continued to meet with other state leaders around the world in private since his term and has been acting as a president without being seated as president.

5. He has dissolved Representative Houses repeatedly, for opposing with manly firmness his invasions on the rights of the people.                A.) Reference again to the January 6th, 2021 insurrection that Donald J. Trump was found guilty of inciting.

    B.)The insurrection was incited over an election loss and an act of being a sore loser. There was nothing diplomatic about his actions to prevent the electoral college from confirming the 2020 presidential vote.

    C.) It's sufficient to say that it was a very traumatic time for our capitol and that the electoral college did not approve the vote of Donald J. Trump out of good faith or moral conscience but rather fear of retaliation against their lives. People were murdered the last time they gathered and PTSD is a very real side effect that plagues the brain from acting logical when fear is presented.

6. He has refused for a long time, after such dissolutions, to cause others to be elected; whereby the Legislative powers, incapable of Annihilation, have returned to the People at large for their exercise; the State remaining in the meantime exposed to all the dangers of invasion from without, and convulsions within.                A.) Donald J. Trump's refusal to call back enemies of the people during the January 6 inserection exposed our capitol building to invasion and put the constitution at risk.

7. He has endeavoured to prevent the population of these States; for that purpose obstructing the Laws for Naturalization of Foreigners; refusing to pass others to encourage their migrations hither, and raising the conditions of new Appropriations of Lands.                A.) Donald J. Trump has refused to work with immigrants who come from Latino descent and has vowed to begin mass deportations of people.

    B.) Donald Trump has vowed to allow more immigrants if they have computer programming skills and feels it more important that his billionaire friends earn more money.

    C.) Donald J. Trump plans to use our minerals and resources as trade to said companies to develop their technologies and has made branches of our government push through their own rules to behind processes of mining our land to private foreign businesses such as American Holy land known as Oak Flat.

    D.) The mass deportation and inability for Latino migrants to stay and work will put us all at risk of starvation as they are literally the only population working our fields.

    E.) History has shown starvation to be a common tactic of war against the people in an effort for foreign and domestic enemies to take away freedoms and liberties.

8. He has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing Judiciary powers.

    A.) He continually shows a lack of respect for our courts and threatens and bullies our judges into doing what he wants while encouraging them to act in manners that are not in union with the law.

9. He has made Judges dependent on his Will alone, for the tenure of their offices, and the amount and payment of their salaries.　　　　　　　A.) While our law allows judges to be in governance of their selves he has a history of using bribe money as he was found guilty of and convicted of over 30 times and bullying judges in public to rule in his favor.

10. He has erected a multitude of New Offices, and sent hither swarms of Officers to harass our people, and eat out their substance.　　　　　　　A.) Donald Trump has started a new cabinet seat that he is placing Elon Musk in called Doge named after the currency they plan to implement to the American people that he has named the department of government efficiency.

11. He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures.

    A.) Donald J. Trump has sworn to put out the national guard to do large sweeps of the Latino population.

    B.) Refer once more to the January 6th insurrection and Donald J. Trump's neglect to call back enemies of the state where innocent lives were cut short on our own Capitol Hill.

12. He has affected to render the Military independent of and superior to the Civil power.

    A.) He has vowed to gut our military and make us defenseless against foreign and domestic enemies.

13. He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation:

1. For Quartering large bodies of armed troops among us:
2. For protecting them, by a mock Trial, from punishment for any Murders which they should commit on the Inhabitants of these States:
3. For cutting off our Trade with all parts of the world:                A.) Donald J. Trump has outlined he plans to implement tariffs that will complicate and end trade with many parts of the world
4. For imposing Taxes on us without our Consent:                A.) Donald J. Trump has vowed to cut taxes for the billionaires who can afford them leaving the defect to us the people who cannot.
5. For depriving us in many cases, of the benefits of Trial by Jury:
6. For transporting us beyond Seas to be tried for pretended offences:
7. For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies:

8. For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments:                    A.) As previously mentioned in this motion Donald J. Trump plans to abolish executive power amendments in our constitution that we the people have built together for his own agenda.
9. For suspending our own Legislatures, and declaring themselves invested with power to legislate for us in all cases whatsoever.
10. He has abdicated Government here, by declaring us out of his Protection and waging War against us.

    A.)This is the direction we are heading if we do not stop this presidency, history has shown consistently it repeats itself, we have the power to stop history from repeating itself.

    B.) If we do not learn from history then why are we making our youth be subject to it? Education is a privilege and we must use that privilege to create a better society and future by taking corrective actions when we see the same pathways to destruction being built that we freed ourselves from to begin with.

    C.) We owe it to every man and woman who has died in war to protect the liberties of the country they gave their lives for.

11. He has plundered our seas, ravaged our Coasts, burnt our towns, and destroyed the lives of our people.

    A.) Donald J. Trump has stated he will invade the Panama Canal and break treaties we hold with Panama.

    B.) Trump supporters are blowing up vehicles and one must be mindful that he did it for Trump.

    C.) Los Angeles is on fire as this motion is being prepared and while there is no direct link to the President elect it must be used as an example of how easy it is to burn a city

down, and how this common war tactic has been used in all history to relocate native residents of said land in an effort for control of the land.

12. He is at this time transporting large Armies of foreign Mercenaries to complete the works of death, desolation and tyranny, already begun with circumstances of Cruelty & perfidy scarcely paralleled in the most barbarous ages, and totally unworthy the Head of a civilized nation.

   A.) The weapons of war continually change and we are in an era of digital war, being a disadvantaged society to understanding coding and programming but also one dependent on technologies one creates by way of codes and programs puts us at risk of attack financially and economically.

   B.) Donald Trump has rounded up the world's billionaires and is making laws to profit them while inciting financial and technological war against the people.

   C.) The administration of Donald J Trump gave billions of taxpayer money to Elon Musk to develop military spy technology to spy on American people without warrant.

   D.) Many drones are appearing that would be under suspicion of these men to spy and find where the weaknesses are in our communities and what needs to be attacked to cause harm to the people.

13. He has constrained our fellow Citizens taken Captive on the high Seas to bear Arms against their Country, to become the executioners of their friends and Brethren, or to fall themselves by their Hands.          A.) Families all over this land are being separated as he is using the religion of people as a tool of war against them, Donald J. Trump is a godless man. There is nothing in his policies that promote any put forth by the messiah as it is our duty as Christian beings to care for those less fortunate than us and to turn away from the rich in favor of the poor.

14. He has excited domestic insurrections amongst us, and has endeavoured to bring on the inhabitants of our frontiers, the merciless Indian Savages, whose known rule of warfare, is an undistinguished destruction of all ages, sexes and conditions.

    A.) Again refer to the January 6th, 2021 intersection and his vow to release prisoners convicted of crimes against the people before their time has been paid.

15. In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince whose character is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people.

    A.) The people of America have continually asked for a redress of policies and actions committed by the Trump administration.

This court must enter an emergency motion upholding the law that Donald J. Trump is not eligible for presidency as stated under the 14th amendment of the constitution because the life, liberty, and freedoms of all Americans as well as our constitution is at danger of existence if ignored.

*Tarra Perez*  1-13-25

TARRA A. Perez Pro Se


__An exparte order has been signed and is attached.

*An Exparte order has not been signed and this matter will be set for an emergency hearing to which all parties are to appear* _____Date

Judge_____ DATE: _____